IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00457-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  ELMER J. PADILLA,

        Defendant.

## ORDER

This matter comes before the Court on the United States' Motion to Terminate Supervised Release [Docket No. 2].  The United States indicates that Mr. Padilla died in February 2016.  For good cause shown, it is

**ORDERED** that defendant Elmer J. Padilla's term of supervised release is terminated and the proceedings in the case are terminated.

DATED March 17, 2016.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge